1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    WALTER LEE COLE,                          No. CIV S-08-0105-LKK-CMK-P

12                    Plaintiff,

13            vs.                               <u>ORDER</u>

14    D.K. SISTO, et al.,

15                    Defendants.

16    _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18    to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19    pauperis (Doc. 2).  Plaintiff's complaint will be addressed separately.

20            Plaintiff has submitted a declaration that makes the showing required by 28

21    U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22            Accordingly, IT IS HEREBY ORDERED that:

23            1.      Plaintiff's motion for leave to proceed in forma pauperis is granted;

24            2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

25    action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26    / / /

                                                1

1          3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.

2   § 1915(b)(1); and

3          4.      Plaintiff will be obligated for monthly payments of twenty percent of the

4   preceding month's income credited to plaintiff's prison trust account, such payments to be

5   forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's

6   account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.

7   § 1915(b)(2).

8

9   DATED:  January 16, 2008

10                                          _____

11                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26