**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER LEE COLE, | No. CIV S-08-0105-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| D.K. SISTO, et al., | |
|     Defendants. | |
|                                  / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed separately.

      Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

      2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1       3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2  § 1915(b)(1); and
3       4.      Plaintiff will be obligated for monthly payments of twenty percent of the
4  preceding month's income credited to plaintiff's prison trust account, such payments to be
5  forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6  account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
7  § 1915(b)(2).

   DATED: January 16, 2008

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE