IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LEE COLE, | No. CIV S-08-0105-LKK-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On May 28, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time.  No objections to the findings and recommendations have been filed.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 28, 2008, are adopted in full;

2. This case is dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: August 19, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT